

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN      AUSTIN 11, TEXAS

JOHN XXXXXXXXXXXXXXXXXXXXXXX
ATTORNEY GENERAL

Honorable Karl Cayton
County Attorney
Dawson County
Lamesa, Texas

Dear Sir:

> Opinion No. 0-3946
> Re: Does the justice of the
>     peace still remain local
>     registrar in his precinct
>     even when the precinct
>     incorporates a city of
>     more than 2,500 population,
>     and a related question?

Your request for an opinion of this Department on the questions stated herein has been received.

We quote from your letter as follows:

"I would like an interpretation of House Bill No. 821, Section Three, which provides for a Primary Registration District and provides that the Justice of the Peace shall be the Local Registrar, and in cities of 2,500 the City Clerk or Secretary shall be the local Registrar of Births and Deaths.

"Question: Does the Justice of the Peace still remain local registrar in his precinct even when that precinct incorporates a city of more than 2,500 population? Should he continue to register all births and deaths in his entire precinct, regardless of whether or not such births or deaths occur in a city of more than 2,500 population?"

Rule 36a of Article 4477, Vernon's Annotated Civil Statutes, before being amended by House Bill No. 821, Acts, 47th Legislature, 1941, Regular Session, read as follows:

"For the purposes of this Act the State shall be divided into Primary Registration Districts, as follows:

"Each Justice of the Peace Precinct and each incorporated town of 2,500 or more population, according to the United States Census, shall constitute a Primary Registration District, provided the State Board of Health may combine two or more Registration Districts, or may divide a Primary Registration District into two or more parts, so as to facilitate registrations, and in cities of 2,500 or more, according to the last United States Census Report, where births and deaths are registered in accordance with a City Ordinance not in conflict with this Act, the City Clerk shall be the Local Registrar of Births and Deaths.

"It is hereby declared to be the duty of the Justice of the Peace in the Justice of the Peace Precinct, and the City Clerk or City Secretary in the city of 2,500 or more population to secure a complete record of each birth and death that occurs within their respective jurisdictions, and is required by this Act."

House Bill No. 821, supra, provides in part as follows:

"That Section 3 of Senate Bill No. 46, Chapter 41, page 116, Acts of the Fortieth Legislature, First Called Session, as amended by Senate Bill No. 20, Chapter 4, page 7, Acts of the Forty-first Legislature, First Called Session, be amended so as to hereafter read as follows:

"Sec. 3.

"For the purposes of this Act the State shall be divided into Primary Registration Districts as follows: Each Justice of the Peace Precinct and each incorporated town of two thousand, five hundred (2,500) or more population, according to the last United States Census, shall constitute a Primary Registration District, provided the State Board of Health may combine two or more Registration Districts, or may divide a Primary Registration District into two or more parts, so as to facilitate registration, and in the Justice of the Peace Precinct, the Justice of the Peace shall be Local Registrar, and in cities of two thousand, five hundred (2,500) or more, according to the last United States Census reports, the City Clerk or City Secretary shall be the local Registrar of Births and Deaths.

"It is hereby declared to be the duty of the Justice of the Peace in the Justice of the Peace Precinct, and the City Clerk or City Secretary in the city of two thousand,

five hundred (2,500) or more population, to secure a com-
plete record of each birth and death that occurs within
their respective jurisdictions, and have same recorded
in the County Clerk's office in their respective counties
on or before the tenth of the following month."

In the absence of any statement or facts to the contrary,
for the purposes of this opinion, we assume that the State Board of
Health has not combined the primary registration districts under
consideration. This being true, we think the above quoted provi-
sions of House Bill No. 821 specifically answer your questions.
It will be noted that each justice of the peace precinct and each
incorporated town containing a population of 2500 inhabitants, or
more, according to the last United States census, constitute a pri-
mary registration district. It is further specifically provided
that in the justice of the peace precinct, the justice of the peace
shall be the local registrar, and in incorporated towns or cities
containing 2,500 inhabitants or more, according to the last United
States census report, the city clerk or city secretary shall be
the local registrar of births and deaths. The justice of the peace,
acting as local registrar of births and deaths is required to se-
cure a complete record of each birth and death that occurs within
his respective jurisdiction, and a like requirement is imposed upon
the city clerk or city secretary in an incorporated city or town
containing 2,500 inhabitants or more, according to the last United
States census, and each local registrar is required to have recorded
in the county clerk's office in their respective counties on or be-
fore the tenth of the following month a complete record of each
birth and death that occurs within their respective jurisdictions.

Therefore, it is the opinion of this Department that in
justice of the peace precints which incorporate or include an in-
corporated town or city containing a population of 2,500 inhabit-
ants or more, according to the last United States census, the jus-
tice of the peace is the local registrar of births and deaths oc-
curring within his precinct outside of the limits of the incorpo-
rated town or city. And that the city clerk or city secretary is
the local registrar in the said incorporated town or city, and it
is his duty to secure a complete record of each birth and death
that occurs within his respective jurisdiction, that is within the
limits of the incorporated town or city, and have the same recorded
in the county clerk's office in his respective county on or before
the tenth of the following month. In other words, the justice of
the peace is not the local registrar in an incorporated town or
city within his precinct when such town or city contains a popula-
tion of 2,500 or more inhabitants according to the last United
States census.

Honorable Karl Cayton, page 4 (O-3946)


Trusting that the foregoing fully answers your inquiry, we are

Yours very truly

APPROVED SEP 19, 1941

ATTORNEY GENERAL OF TEXAS

/s/ Grover Sellers

FIRST ASSISTANT
ATTORNEY GENERAL

By  /s/ Ardell Williams
        Ardell Williams
            Assistant

AW:AMM:LM


APPROVED
OPINION
COMMITTEE

BY /s/ BWB
   CHAIRMAN